UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

JERRY WOODWARD,                                    :
                Petitioner,                :
                                   :
                v.                         :          No. 2:17-cv-224
                                   :
THERESA DEBALSO and the                            :
PHILADELPHIA COUNTY                                :
DISTRICT ATTORNEY,                                 :
                Respondents.              :

---

## O R D E R

**AND NOW**, this 1ˢᵗ day of November, 2019, for the reasons set forth in the Opinion

issued this date, **IT IS HEREBY ORDERED THAT**:

    1.     Petitioner Jerry Woodward's objections to the Report and Recommendation, ECF

No. 17, are **OVERRULED**;

    2.     The Report and Recommendation, ECF No. 16, is **APPROVED and**

**ADOPTED**;

    3.     The petition for a writ of habeas corpus is **DISMISSED** as time-barred;

    4.     This case is **CLOSED**; and

    5.     There is no basis for the issuance of a Certificate of Appealability.

                                BY THE COURT:

                                */s/ Joseph F. Leeson, Jr.*_____
                                JOSEPH F. LEESON, JR.
                                United States District Judge